## Ray *v.* The State.

*Crime.*

(Decided Feb. 1, 1906.  40 So. Rep. 324.)

APPEAL from Madison Circuit Court.
Heard before Hon. PAUL SPEAKE.
BANKHEAD & DRAKE, for appellant.
MASSEY WILSON, Attornel General, for the State.
Affirmed.
Opinion by DOWDELL, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.

---

## Pinkerton *v.* The State.

*Murder.*

(Decided Feb. 1, 1906.  40 So. Rep. 224.)

APPEAL from Gadsden City Court.
Heard before Hon. JOHN H. DISQUE.
ALTO V. LEE, for appellant.
MASSEY WILSON, Attornel General, for the State.
Affirmed.
Opinion by ANDERSON, J.

TYSON, DOWDELL and SIMPSON, JJ., concur.

---

## Moody *v.* Atkins.

*Injunction to Restrain Foreclosure of Mortgage.*

(Decided Feb. 8, 1906.  40 So. Rep. 305.)

APPEAL from Pickens Chancery Court.
Heard before Hon. THOMAS H. SMITH.
NESMITH & STONE, for appellant.
CURRIE & ROBINSON, for appellee.
Affirmed in part and in part reversed and rendered.
Opinion by ANDERSON, J.

HARALSON, DOWDELL and DENSON, JJ., concur.